# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136707

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TAMARA CIARAMITARO,
      Plaintiff-Appellant,

v

GREEKTOWN CASINO, L.L.C., FAIRMONT
INSURANCE COMPANY and ACCIDENT
FUND INSURANCE COMPANY OF
AMERICA,
      Defendants-Appellees.

SC: 136707
COA: 284781
WCAC: 07-000307

_____/

On order of the Court, the application for leave to appeal the May 21, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

                            Clerk

t0828